# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

IN RE:                                  )

    JEFFREY STEPHEN AYERS        )   CASE NO.12-70350óBHL-13

                              )

        DEBTOR(S)                   )

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Robert P. Musgrave, Trustee, submits the following notice of unclaimed dividends to the Court.

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---|
| U.S. BANK HOME MORTGAGE | PO BOX 21948 | |
| | EAGAN, MN 55121 | $17,729.00 |
| | **TOTAL AMOUNT:** | $17,729.00 |

April 30, 2014

/s/Robert P. Musgrave

Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail April 30, 2014:


U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

JEFFREY STEPHEN AYERS
8999 TELEPHONE ROAD
CHANDLER, IN 47610

M. BRIAN JEFFRIES
411 MAIN ST

EVANSVILLE, IN 47708-

CHRISTINA M. BRUNO
135 N PENNSYLVANIA
STE. 2000
INDIANAPOLIS, IN 46204

DOYLE LEGAL
41 E WASHINGTON ST
SUITE 400
INDIANAPOLIS, IN 46204

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com